IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY RAY RUSS, # 106835, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:18-CV-733-WKW |
| | ) [WO] |
| DONALD VALENZA, Sheriff, *et al.,* | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On June 5, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 44.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

(1) The Magistrate Judge's Recommendation (Doc. # 44) is ADOPTED; and

(2) Petitioner Billy Ray Russ's 28 U.S.C. § 2254 petition for writ of habeas corpus is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 27th day of June, 2019.

                                                  /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE